COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-387-CV

 

IN RE COSTCO WHOLESALE
CORPORATION                               RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
emergency motion for temporary relief and petition for writ of mandamus and is
of the opinion that relief should be denied. 
Accordingly, relator=s
emergency motion for temporary relief and petition for writ of mandamus are
denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL: 
WALKER, J.; CAYCE, C.J.; and LIVINGSTON, J.

 

CAYCE, C.J. not participating.

 

DELIVERED: 
October 27, 2009











     [1]See
Tex. R. App. P. 47.4.